# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Beatbot Technology (USA) Co. Ltd.; Deepwater Innovation Technology (Hong Kong) Limited; Xingmai Innovation Technology (Suzhou) Co., Ltd.

*Plaintiff*

V.

Zodiac Pool Systems LLC

*Defendant*

Civil Action No. 25-cv-01946-GPC-JLB

## AMENDED SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ZODIAC POOL SYSTEMS LLC
2882 Whiptail Loop # 100
Carlsbad, California, 92010
c/o Agent for Service of Process
CSC-Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833-3505

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kyle Ryan Canavera
11452 El Camino Real
Suite 300
San Diego, CA 92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date:  7/31/25



John Morrill
*CLERK OF COURT*
S/                    S. Tweedle
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Kyle R. Canavera, Esq. (SBN 314664)<br>PERKINS COIE LLP<br>11452 El Camino Real, Suite 300<br>San Diego, CA 92130-2080<br>　Telephone No: (858) 720-5700<br>　Attorney For: | Ref. No. or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: | |
|---|---|
| United States District Court Southern District of California | |
| Plaintiff: Beatbot Technology (USA) Co. Ltd., et al.<br>Defendant: Zodiac Pool Systems LLC | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>25-cv-01946-GPC-JLB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons in a Civil Action; Complaint For Declaratory Judgment of Noninfringement; Corporate Disclosure Statement; Civil Cover Sheet; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Report on the Filing or Determination of an Action Regarding a Patent or Trademark

3. a. Party served:    ZODIAC POOL SYSTEMS LLC
   b. Person served:  Rebecca Vang, Client Representative, CSC Lawyers Incorporating Service, Registered Agent authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:   2710 Gateway Oaks Drive Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 01 2025 (2) at: 08:53 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)                 d. *The Fee* for Service was:   $309.16
   b. FIRST LEGAL
      530 B Street, Suite 1050
      SAN DIEGO, CA 92101
   c. (619) 231-9111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

08/01/2025
(Date)                                                                                           (Signature)



PROOF OF SERVICE

13845361
(15215968)